No. 89. AUGUSTA POWER CO. ET AL. *v.* SAVANNAH RIVER ELECTRIC CO. Jurisdictional statement submitted October 12, 1931. Decided October 19, 1931. *Per Curiam:* The appeal herein is dismissed. . *Louisiana Navigation Co., Ltd.,* v. *Oyster Commission,* 226 U. S. 99, 101; *Reddall* v. *Bryan,* 24 How. 420; *Bruce* v. *Tobin,* 245 U. S. 18, 19; *Verden* v. *Coleman,* 18 How. 86; *Moses* v. *The Mayor,* 15 Wall. 387. *Mr. Edgar Watkins* for appellants. *Mr. M. G. McDonald* for appellee.

No. 142. TWIN CITY POWER CO. *v.* SAVANNAH RIVER ELECTRIC CO. Jurisdictional statement submitted October 12, 1931. Decided October 19, 1931. *Per Curiam:* The appeal herein is dismissed. *Louisiana Navigation Co., Ltd.,* v. *Oyster Commission,* 226 U. S. 99, 101; *Reddall* v. *Bryan,* 24 How. 420; *Bruce* v. *Tobin,* 245 U. S. 18, 19; *Verden* v. *Coleman,* 18 How. 86; *Moses* v. *The Mayor,* 15 Wall. 387. The petition for a writ of certiorari in this cause is denied. *Messrs. D. W. Robinson, George E. O'Connor,* and *E. H. Callaway* for appellant. *Mr. M. G. McDonald* for appellee.